**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

ANTHONY SAUNDERS,

Plaintiff,

v.

FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.,

Defendant.

No. 1:26-cv-07619-RA

Application granted. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 7.

SO ORDERED.

Hon. Ronnie Abrams
November 13, 2026

**PLAINTIFF'S MOTION TO WITHDRAW PRIOR MOTION**

Plaintiff Anthony Saunders hereby moves to withdraw the previously filed Motion to Relate and/or Consolidate Cases, Dkt. No. 7. Plaintiff filed that motion in order to alert this Court of the plaintiff's motion in *DeLeon v. Fed. Express Corp.*, 1:26-cv-07607-KPF (S.D.N.Y. Nov. 5, 2026), Dkt. No. 13, which seeks to relate the more than 150 cases with nearly identically-worded complaints recently filed in this District. *DeLeon* is the first-filed of those cases. By filing a similar motion in this case, Plaintiff did not intend to suggest that the issue should be decided by a court other than the court presiding over the first-filed case. Accordingly, out of an abundance of caution, Plaintiff moves to withdraw the motion here. Plaintiff plans to instead file a Notice of the motion in *DeLeon* on this docket.

Dated: November 10, 2026

Respectfully submitted,

ANTHONY SAUNDERS,

By his attorney,

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan (NY Bar No. 2971927)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
(617) 994-5800
sliss@llrlaw.com

**CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of the foregoing document was served on all counsel of record for Defendants via filing on the Court's CM/ECF system on November 10, 2026.

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan